FILED'05 JUL 05 07:39USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

COOS-CURRY ELECTRIC
COOPERATIVE, INC

              Plaintiff,

             v.                                 Civil No. 05-6113-HO

LIGHTSPEED NETWORKS, INC

              Defendant.

## JUDGMENT

This action is remanded to Curry County Circuit Court for further proceedings.

Dated: June 30, 2005.

                                          MICHAEL R. HOGAN
                                          United States District Judge

**JUDGMENT**                                      **DOCUMENT NO:** _____